```
UNITED STATES DISTRICT COURT                            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                           DOCUMENT
------------------------------------------------------- X        ELECTRONICALLY FILED
                                                     :           DOC #:_____
   CHRIS CUFFARO,                                    :           DATE FILED: 12/2/2019
                                                     :
                              Plaintiff,             :
                                                     :           19 Civ. 9323 (LGS)
               -against-                             :
                                                     :                 ORDER
   MASHABLE, INC.,                                   :
                                                     :
                              Defendant.             :
                                                     :
-------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending deadlines and conferences are CANCELED. The Clerk of Court is respectfully directed to close Dkt. No. 12.

Dated: December 2, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE