UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x
CHRIS CUFFARO,

                Plaintiff,

     - against -

MASHABLE, INC.,

                Defendant.
------------------------------------------------------------ x

Civ. No. 19-CV-09323-LGS

ECF Case

## STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that the parties have reached a settlement in principle and the case should be dismissed with prejudice as to all claims asserted against Defendant Mashable, Inc. in the above-captioned action. Each party shall bear its or his own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: 12-23, 2019

| LIEBOWITZ LAW FIRM, PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: _____ | By: _____ |
| Richard P. Liebowitz | James Rosenfeld |
| 11 Sunrise Plaza, Suite 305 | 1251 Avenue of the Americas 21st Floor |
| Valley Stream, NY 11580 | New York, NY 10020 |
| (516) 233-1660 | (212) 489-8230 |
| RL@LiebowitzLawFirm.com | Jamesrosenfeld@dwt.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |